UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JACK KLEIN

     v.

SOLOMON AND SOLOMON, P.C.,
JULIE SOLOMON

3:10cv1800(WWE)

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion to dismiss

The Court has reviewed all of the papers filed in conjunction with the motion and on October 28, 2011, a Memorandum of Decision was entered granting the motion to dismiss.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants Solomon and Solomon, P.C. and Julie Solomon against the plaintiff Jack Klein and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of November, 2011.

                              ROBERTA D. TABORA, Clerk

                              By  /s/
                                   Deborah A. Candee
                                   Deputy Clerk

Entered on Docket _____