UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACK KLEIN, | : | 3:10cv1800 (WWE) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SOLOMON AND SOLOMON, P.C., | : | |
| JULIE SOLOMON, | : | |
|     Defendants. | : | |

## ORDER

The genesis of this action is a debt collection action pending in Superior Court of Connecticut related to a promissory note issued to plaintiff Jack Klein. Plaintiff alleged that defendants Solomon and Solomon, P.C. and Attorney Julie Solomon made statements in the underlying state court action that violated the Fair Debt Collection Act ("FDCPA"), 15 U.S.C. § 1692.

Plaintiff moves for reconsideration of this Court's decision granting defendants' motion to dismiss. Upon review, the Court GRANTS the motion for reconsideration (# doc. 52) but adheres to its previous decision granting the motion to dismiss.

                                                                _____/s/_____
                                                                 Warren W. Eginton,
                                                                 Senior U.S District Judge

Dated this 19th day of December 2011 at Bridgeport, Connecticut.