**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Connecticut

File Number 3:10-CV-01800-WWE

| | |
|---|---|
| Jack Klein )<br>*Plaintiff,* )<br>v. )<br>)<br>Solomon & Solomon, P.C., Et Al )<br>*Defendant.* ) | Notice of Appeal |

Notice is hereby given that Plaintiff                                                                 , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2nd            Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 19th       day of December 2011            , 19____.

/s/
J. Hanson Guest
Attorney for
Plaintiff
Address:
151 New Park Avenue, Hartford, CT 06106

*See Rule 3(c) for permissible ways of identifying appellants