**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of February, two thousand and twelve,

_____

Jack Klein,

Plaintiff - Appellant,

v.

Solomon & Solomon PC, Julie B. Solomon, Esquire,

Defendants - Appellees.

_____

ORDER
Docket Number: 12-245

A notice of appeal was filed on January 18, 2012. Appellant's Forms C & D were due February 1, 2012. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective February 16, 2012, if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/02/2012**